# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 21−30656 |
| Christy Lee Cruse , | Chapter 13 |
| Debtor. | |

## NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held on April 22, 2021 at 10:00 AM to consider and act upon the following:

3 − Application to Pay Filing Fee in Installments filed by Jeffrey J. Courtney on behalf of Christy Lee Cruse. (Courtney, Jeffrey)

---

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

PHONE: **877−336−1839 Participant Code: 9617616**
CONFERENCE HOST: Bill Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated April 13, 2021

Juan–Carlos Guerrero
Clerk of Court

United States Bankruptcy Court
Middle District of Alabama

In re:                                                            Case No. 21-30656-WRS
Christy Lee Cruse                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2                                User: admin                                      Page 1 of 1
Date Rcvd: Apr 13, 2021                        Form ID: nhATT888                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

**Recip ID**            **Recipient Name and Address**
db                   +  Christy Lee Cruse, 369 Woodhaven Lane, Wetumpka, AL 36093-2795

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021                              Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Jeffrey J. Courtney | on behalf of Debtor Christy Lee Cruse jeffcourtney@courtneymann.net   kstephens@courtneymann.net |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 3