**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                              Case No. 21-30656-WRS
                                                                   Chapter 13

CHRISTY LEE CRUSE,

    Debtor.

**ORDER DENYING CONFIRMATION**
**AND DISMISSING BANKRUPTCY CASE**

    The chapter 13 plan filed by Debtor came before the Court for confirmation on June 10, 2021. For the reasons set forth on the record, it is

    ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED.

    It is FURTHER ORDERED that the Chapter 13 Trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

    Done this 15th day of June, 2021.

                                                                      William R. Sawyer
                                                                      United States Bankruptcy Judge

c:       Debtor
           Jeffrey J. Courtney, Attorney for Debtor
           Sabrina L. McKinney, Trustee
           All Creditors

*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*