# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

**In re:**  CASE NO. 21-30656
**Christy Lee Cruse**

**Debtor.**  CHAPTER 13

## MOTION TO ALTER, AMEND OR VACATE

COMES NOW, the Debtor, Christy Lee Cruse, and respectfully requests this honorable Court, for an order vacating this honorable Court's June 15, 2021 order Denying Confirmation and Dismissing the above – styled cause (Doc. 32). As grounds the Debtor states as follows:

1. The Debtor filed a petition under Chapter 13 on April 9, 2021.

2. This matter was set for a confirmation hearing on June 10, 2021.

3. Two (2) plan payments have become due since the Debtor filed her petition in this matter and she paid both of them in a timely fashion.

4. Prior to the said confirmation hearing, the Creditor, Guardian Credit Union objected to confirmation of the subject plan on May 24, 2021 (Doc. 27) on the grounds that the value forth by the Debtor in her plan of a 2015 Nissan Pathfinder vehicle that was being paid through the plan was insufficient and that the Debtor proposed an insufficient amount for adequate protection payments. The Debtor amended her plan on June 4, 2021 (Doc #30) to meet the subject Creditor's requirements and she in good-faith thought that this subject Creditor was fully satisfied under the terms of the submitted amended plan. However, the said Creditor also had an objection based on factors pertaining to a cosigner on the subject debt. After denial of confirmation of her 3rd Amended Plan, the undersigned communicated with counsel for the subject Creditor and the Debtor adjusted her plan in accordance with the subject Creditor's requirement on the matter. Such is set forth in the Debtor's 4th Amended Plan that has been filed contemporaneously herewith.

5. Prior to the said confirmation hearing, the Trustee objected to confirmation of the subject plan on May 26, 2021 (Doc. 27) on various grounds. The Debtor amended her plan on June 4, 2021 (Doc. 30) to meet the Trustee's requirements and she in good-faith thought that this her amendments fully satisfied the Trustee under the terms of the submitted plan. It is the understanding of the undersigned that the Trustee was indeed satisfied on the matter(s).

6. The undersigned states that he was assigned by the Juvenile Court of Elmore County to mediate a case with very short lead time to conduct the mediation. As such, the only

available date for the mediation to occur that was mutually available for the undersigned attorney, as well as the two lawyers involved was June 10, 2021.  The undersigned was going to pause the mediation so that he could attend the confirmation hearing in this cause.  However, through administrative error in the office of the undersigned attorney, the undersigned was not alerted to the commencement of the confirmation hearing.  As such, the undersigned was unable to advocate for the Debtor at her confirmation hearing.

7. The Debtor states that the petition in this case has been filed in good faith and that she was of the understanding that she had addressed any and all objections prior to the confirmation hearing in this cause. Further, the Debtor believes that the 4th Amended Plan that she submitted does indeed satisfy the final unaddressed objection and that she will be able to fully perform under the terms of the plan.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Honorable Court set aside the subject order denying confirmation of her plan, as well as dismissal of her case, confirm her 4th amended plan and allow her to continue her Chapter 13 plan / case.

Respectfully submitted this 21st of June, 2021.

    **/s/ Jeffrey J. Courtney**
**HON. JEFFREY J. COURTNEY**
Attorney for Debtor
PO Box 100
Wetumpka, AL 36092
334-567-2545
jeffcourtney@courtneymann.net

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this day mailed a true and exact copy of the foregoing Notice to the parties listed below by electronically mailing and/or placing a copy of the same in the United States Mail, postage prepaid and properly addressed on June 21, 2021.

**Hon. Sabrina L. McKinney**
**PO Box 173**
**Montgomery, Alabama 36104**

**All Creditors listed on the Creditor Matrix**

/s/ Jeffery J. Courtney
**HON. JEFFREY J. COURTNEY**