UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                              Case No. 21−30656
                                                                   Chapter 13
Christy Lee Cruse ,

    Debtor.

**NOTICE**

PLEASE TAKE NOTICE that a telephone hearing will be held on July 8, 2021 at 10:00 AM to consider and act upon the following:

*34* − Debtor's Motion to Alter, Amend or Vacate Order filed by Jeffrey J. Courtney on behalf of Christy Lee Cruse. (Courtney, Jeffrey). Related document(s) 32 Order Denying Confirmation of Chapter 13 Plan. Modified text on 6/21/2021 (KC).

---

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

PHONE: **877−336−1839 Participant Code: 9617616**
CONFERENCE HOST: Bill Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated June 21, 2021

Juan−Carlos Guerrero
Clerk of Court

United States Bankruptcy Court
Middle District of Alabama

In re:          Case No. 21-30656-WRS
Christy Lee Cruse          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 1127-2 | User: admin | Page 1 of 1 |
| --- | --- | --- |
| Date Rcvd: Jun 21, 2021 | Form ID: nhATT888 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Christy Lee Cruse, 369 Woodhaven Lane, Wetumpka, AL 36093-2795 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Jeffrey J. Courtney | on behalf of Debtor Christy Lee Cruse jeffcourtney@courtneymann.net   kstephens@courtneymann.net |
| Larry E. Darby, Esq | on behalf of Creditor Scarborough and Associates LLC LDarbyEsq@knology.net, bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Leonard N. Math | on behalf of Creditor GUARDIAN CREDIT UNION noticesmd@chambless-math.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 5