UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE                             +
                                  +         Case No. 21-30656
CHRISTY LEE CRUSE                 +

MOTION FOR RELIEF FROM STAY

    Comes now Scarborough and Associates LLC, debtor's present landlord, and moves this Honorable Court for an Order granting him Relief from the Stay and as grounds states:

1.    The debtor leases from your movant the property known as 369 Woodhaven Lane, Wetumpka, AL, 36093. The debtor promised to pay $1,400.00 per month rent plus late fees.

2.    The debtor filed bankruptcy on 04/12/2021.

3.    The debtor owes post-petition rent. The balance due at 04/07/2020 is $2,900.00. Attached are copies of the landlord's affidavit [Exhibit A], the lease [Exhibit B], and current ledger [Exhibit C].

4.    The landlord asserts he is entitled to an Order Granting him Relief from the Stay so that he may seek possession of his private property.

5.    The landlord requests that upon the Stay being lifted that any automatic stay of execution pursuant to Rule 4001(a)(3) be waived for the purpose of seeking possession only.

    Wherefore, the landlord requests an Order Granting Relief from Stay

    Respectfully submitted,

                                        /s/   Larry Darby
                                        Larry E. Darby
                                        Attorney for Creditor
                                        Darby Law Firm, LLC
                                        Post Office Box 3905
                                        Montgomery, Alabama 36109
                                        Tel 356.3593 Fax 356.6392

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically or by placing a copy of the same in the U.S. Mail on the date that this document was filed in the above case.

| | |
|---|---|
| **Jeffrey J. Courtney** | **Sabrina L. McKinney, Trustee** |
| **1881 Holtville Road** | **P. O. Box 173** |
| **Wetumpka, AL 36092** | **Montgomery, AL 36101** |

                                            **/s/ Larry Darby**
                                            **Larry E. Darby**