| | | |
|---|---|---|
| STATE OF ALABAMA | + | AFFIDAVIT OF AGENT OF |
| | + | SCARBOROUGH AND ASSOCIATES, LLC |
| COUNTY OF MONTGOMERY | + | CASE NO. 21-30656 |

Before me, the undersigned authority in and for said State and County, personally appeared the below named individual, who, being known to me and being by me first duly sworn, did depose and say on oath.

My name is Marie Scarborough. I am a competent person over 18 years of age. I am a representative of Scarborough and Associates, LLC. I am authorized to make this affidavit in support of our Motion for Relief from Stay in the Chapter 13 proceeding initiated by Christy Lee Cruse, debtor, Case No. 21-30656, filed on 04/12/2021. I am familiar with the books and records pertaining to this debtor, who leases from us the property known as 369 Woodhaven Lane, Wetumpka, AL, 36093.

The debtor executed a residential lease agreement with us to reside at the above-stated address. The residential lease agreement began on 05/11/2020 and expires on 05/31/2022. The debtor promised to pay $1400.00 per month with rent due and payable on the first day of each month. A $50.00 late fee is charged on the sixth day if the debtor fails to pay rent on or before the fifth day of each month. A $10.00 per day late fee is charged per day afterwards. A copy of the lease is attached hereon as Exhibit B.

The debtor owes post-petition rent and late fees in the amount of $2900.00. A copy of the ledger is attached hereon as Exhibit C.

The landlord has been deprived of the use and enjoyment of its private property. We ask the Court to lift the automatic stay and allow us to proceed toward possession.

All of the above statements are true and correct and stated as facts based upon my own personal knowledge.

Scarborough and Associates, LLC
1322 Old Oak Place
Montgomery, AL 36117
By _____
Affiant, Marie Scarborough

SWORN TO AND SUBSCRIBED before me on this the 13 day of July 2021.

Notary Public
Comm. Exp. 11/18/24

DIANNE JARVINEN
My Commission Expires
November 18, 2024

Form prepared by
Darby Law Firm, LLC
P. O. Box 3905
Montgomery, AL 36109
Tel 334.356.3593 Fax 334.356.6392