Scarborough and Associates, LLC

Property Owner Statement                                    Date Range   04/01/2021-06/30/2021

369 Woodhaven Lane, Wetumpka, AL 36093

| Date Due | Date Paid | Category | Money In | Money Out | Balance |
|---|---|---|---|---|---|
| 04/01/2021 | | Rent Late Fee | $000.00 | | -$8400.00 |

Up to this point is filed under bankruptcy **

| Date Due | Date Paid | Category | Money In | Money Out | Balance |
|---|---|---|---|---|---|
| 05/01/2021 | 05/05/2021 | Rent | $1400.00 | | $1400.00 |
| 05/05/2021 | 05/05/2021 | Owner Distribution | | $1260.00 | $ 140.00 |
| 05/05/2021 | 05/05/2021 | Management Fee | | $ 140.00 | $ 000.00 |
| 06/01/2021 | 06/06/2021 | Rent-Late Fee | $ 00.00 | | -$1450.00 |
| 07/01/2021 | 07/01/2021 | Rent | $ 00.00 | | -$2850.00 |
| 07/06/2021 | 07/05/2021 | Rent-Late Fee | $ 00.00 | | -$2900.00 |

↓ Post-Petition