UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE +
+ Case No. 21-30656
CHRISTY LEE CRUSE +

MOTION TO REDACT

Comes now Scarborough and Associates LLC, debtor's present landlord, and moves this Honorable Court for an Order redacting personal information from previously submitted document:

1. On 07/13/2021, creditor filed a motion for relief from stay. See Document 47, Part One. Attached to this motion as Exhibit B is the Lease Agreement between creditor and debtor. See Document 47, Part Three. Attached to the Lease Agreement is the Residential Management Agreement between Scarborough and Associates, LLC and Mark Ashland, the owner of the property. See Id. This agreement contained the personal information of Mr. Ashland. See Id. This was mistakenly included.

2. The landlord/creditor hereby requests that this court remove and redact Exhibit B/Lease as submitted (Document 47, Part Three) and replace with the attached Lease Agreement which does not contain any personal information of the creditor or debtor.

Respectfully submitted,

/s/   Larry Darby
Larry E. Darby
Attorney for Creditor
Darby Law Firm, LLC
Post Office Box 3905
Montgomery, Alabama 36109
Tel 356.3593 Fax 356.6392

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically or by placing a copy of the same in the U.S. Mail on the date that this document was filed in the above case.

Jeffrey J. Courtney
1881 Holtville Road
Wetumpka, AL 36092

Sabrina L. McKinney, Trustee
P. O. Box 173
Montgomery, AL 36101

/s/   Larry Darby
Larry E. Darby