# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| CHRISTY LEE CRUSE | ) | CASE NO. 21-30656 |
| | ) | |
| | ) | |
| Debtor. | ) | |

### OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY IMPOSED BY SECTION §362 AND CO-MAKER STAY IMPOSED BY §1301 OR IN THE ALTERNATIVE MOTION FOR ADEQUATE PROTECTION

COMES NOW, the Debtor, Christy Lee Cruse, by and through her attorney of record, the Hon. Jeffrey J. Courtney, and respectfully objects to the subject Creditor's Motion for Relief from the Automatic Stay Imposed by Section §362 and Co-Maker Stay Imposed by §1301, or in the Alternative Motion for Adequate Protection.

1. The Debtor filed her Petition for Chapter 13 bankruptcy on or about April 12, 2021 and her plan has not yet been confirmed.

2. On or about July 13, 2021, Scarborough and Associates LLC, filed a Motion For Relief From Automatic Stay for non-payment (Doc #47).

3. The Debtor anticipates that she will be current per the terms of her Chapter 13 plan on or before August 5, 2021.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests the Court to deny the subject Motion for Relief from Stay and grant to her any other or different relief as the Court may deem as proper.

RESPECTFULLY submitted this 2nd day of August, 2021.

/s/ Jeffrey J Courtney  
HON. JEFFREY J. COURTNEY  
Attorney for the Debtor  
PO Box 100  
Wetumpka, AL 36092  
334-567-2545  
Jeffcourtney@courtneymann.net

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this day mailed a true and exact copy of the foregoing Notice to the parties listed below by Pacer electronic filing system and / or U.S. Mail on August 2, 2021.

**Hon. Sabrina L. McKinney**
**P.O. Box 173**
**Montgomery, AL 36101**

**Larry E. Darby**
**PO Box 3905**
**Montgomery, AL 36109**

**All Creditors listed on the Creditor Matrix**

    /s/ Jeffrey J Courtney  
    OF COUNSEL